UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
KLEIMAR, N.V., :
:
:
Plaintiff, : ECF CASE
:
against : 
: 16 CV 9486 (AJN) (DCF)
:
DALIAN DONGZHAN GROUP CO., LTD. :
BENXI BEIYING IRON AND STEEL GROUP :
IMPORT AND EXPORT CORP. LTD., :
BEIGANG HONG KONG LIMITED, and :
BEITAI IRON & STEEL GROUP CO., LTD., :
:
Defendants. :
:
---------------------------------------------------------------- x

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, garnishee Macsteel International USA Corp. ("Macsteel"), by and through its undersigned attorneys, hereby states that Macsteel is 100% held by Macsteel International Trading Holdings, B.V., which is not publicly traded.

Dated: New York, New York
       January 17, 2017

DLA PIPER LLP (US)

By: _____
Kiera S. Gans
kiera.gans@dlapiper.com
Neal F. Kronley
neal.kronley@dlapiper.com
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500 (phone)
(212) 335-4501 (fax)

*Attorneys for Garnishee
Macsteel International USA Corp.*