UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KLEIMAR, N.V., | |
| Plaintiff, | ECF CASE |
| against | 16 CV 9486 (AJN) (DCF) |
| DALIAN DONGZHAN GROUP CO., LTD. BENXI BEIYING IRON AND STEEL GROUP IMPORT AND EXPORT CORP. LTD., BEIGANG HONG KONG LIMITED, and BEITAI IRON & STEEL GROUP CO., LTD., | **ANSWER OF GARNISHEE MACSTEEL INTERNATIONAL USA CORP.** |
| Defendants. | |

---

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the above-captioned matter dated December 23, 2016, and served upon Garnishee MACSTEEL INTERNATIONAL USA CORP. ("MACSTEEL") on or about December 27, 2016, Garnishee MACSTEEL hereby states that on such date of service, it was not indebted to the Defendants DALIAN DONGZHAN GROUP CO., LTD., BENXI BEIYING IRON AND STEEL GROUP, IMPORT AND EXPORT CORP. LTD., BEIGANG HONG KONG LIMITED, or BEITAI IRON & STEEL GROUP CO., LTD (collectively, "Defendants"), and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, good, chattels, credits, effects, debts, owed by or owed to the Defendant(s) or monies to be paid to discharge a debt owed to the Defendant(s), including monies being transferred by, to or for the benefit of the Defendant(s).

Dated: New York, New York
January 17, 2017

                              DLA PIPER LLP (US)

By: _____
     Kiera S. Gans
     kiera.gans@dlapiper.com
     Neal F. Kronley
     neal.kronley@dlapiper.com
     1251 Avenue of the Americas
     New York, New York 10020
     (212) 335-4500 (phone)
     (212) 335-4501 (fax)

*Attorneys for Garnishee*
*Macsteel International USA Corp.*

# VERIFICATION

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

Margo Rosner Marks, being duly sworn, deposes and says as follows:

I am the Managing Director for Macsteel International USA Corp. ("Macsteel"). I have reviewed the contents of the foregoing Answer of Garnishee Macsteel in response to Plaintiffs' Maritime Attachment and Garnishment in Docket No. 16 Civ. 09486(AJN) and know the contents thereof and that the same are true to Macsteel's files, and communications with relevant employees of the company.



_____
Margo Rosner Marks

Sworn to before me on
January 17, 2017
_____
Notary Public

## CERTIFICATE OF SERVICE

I, Neal Kronley, hereby certify that on the 17th day of January, 2017, I caused the foregoing Answer of Garnishee Macsteel International USA Corp. in Response to Maritime Attachment and Garnishment to be served by ECF and email upon:

Kevin J. Lennon, Esq.
LENNON, MURPHY & PHILLIPS, LLC
420 Lexington Avenue, Suite 300
New York, New York 10170
(212) 490-6050
(212) 490-6070
klennon@lmplaw.net
*Counsel for Plaintiff*

Neal F. Kronley