UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

| | : | |
|---|---|---|
| KLEIMAR, N.V., | : | ECF CASE |
| | : | |
| Plaintiff, | : | 16 CV 9486 (AJN) (DCF) |
| | : | |
| against | : | **ANSWER OF** |
| | : | **GARNISHEE MACSTEEL** |
| DALIAN DONGZHAN GROUP CO., LTD. | : | **INTERNATIONAL** |
| BENXI BEIYING IRON AND STEEL GROUP | : | **USA CORP. TO NINTH** |
| IMPORT AND EXPORT CORP. LTD., | : | **SERVED WRIT OF** |
| BEIGANG HONG KONG LIMITED, and | : | **GARNISHMENT BY** |
| BEITAI IRON & STEEL GROUP CO., LTD., | : | **KLEIMAR, N.V.** |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------------------ x

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the above-captioned matter dated January 9, 2017, and served upon Garnishee MACSTEEL INTERNATIONAL USA CORP. ("MACSTEEL") on or about February 22, 2017, Garnishee MACSTEEL hereby states that on such date of service, it was not indebted to the Defendants DALIAN DONGZHAN GROUP CO., LTD., BENXI BEIYING IRON AND STEEL GROUP, IMPORT AND EXPORT CORP. LTD., BEIGANG HONG KONG LIMITED, or BEITAI IRON & STEEL GROUP CO., LTD (collectively, "Defendants"), and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, good, chattels, credits, effects, debts, owed by or owed to the Defendant(s) or monies to be paid to discharge a debt owed to the Defendant(s), including monies being transferred by, to or for the benefit of the Defendant(s).

Dated: New York, New York
February 27, 2017

                              DLA PIPER LLP (US)

                        By:     */s/ Neal Kronley*
                              Kiera S. Gans
                              kiera.gans@dlapiper.com
                              Neal F. Kronley
                              neal.kronley@dlapiper.com
                              1251 Avenue of the Americas
                              New York, New York 10020
                              (212) 335-4500 (phone)
                              (212) 335-4501 (fax)

*Attorneys for Garnishee*
*Macsteel International USA Corp.*

## **VERIFICATION**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Margo Rosner Marks, being duly sworn, deposes and says as follows:

I am the Managing Director for Macsteel International USA Corp. ("Macsteel"). I have reviewed the contents of the foregoing ANSWER OF GARNISHEE MACSTEEL INTERNATIONAL USA CORP. TO NINTH SERVED WRIT OF GARNISHMENT BY KLEIMAR, N.V. in Docket No. 16 Civ. 09486(AJN) and know the contents thereof and that the same are true to Macsteel's files, and communications with relevant employees of the company.

_____
Margo Rosner Marks

Sworn to before me on
February 24, 2017

_____
Notary Public

DINETAH FAITH SIMS
Notary Public, State of New York
No. 02SI6346238
Qualified in Westchester County
Commission Expires August 8, 20__

3

## CERTIFICATE OF SERVICE

I, Neal Kronley, hereby certify that on the 27 day of February, 2017, I caused the foregoing ANSWER OF GARNISHEE MACSTEEL INTERNATIONAL USA CORP. TO NINTH SERVED WRIT OF GARNISHMENT BY KLEIMAR, N.V. to be served by ECF and email upon:

>Kevin J. Lennon, Esq.
>LENNON, MURPHY & PHILLIPS, LLC
>420 Lexington Avenue, Suite 300
>New York, New York 10170
>(212) 490-6050
>(212) 490-6070
>klennon@lmplaw.net
>*Counsel for Plaintiff*

>>> _/s/ Neal Kronley_
>>> Neal F. Kronley