UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
:
KLEIMAR, N.V.,                                                          :   ECF CASE
                                                                        :
           Plaintiff,                                    :   16 CV 9486 (AJN) (DCF)
                                                                        :
    against                                                            :   **ANSWER OF**
                                                                        :   **GARNISHEE MACSTEEL**
DALIAN DONGZHAN GROUP CO., LTD.                                         :   **INTERNATIONAL**
BENXI BEIYING IRON AND STEEL GROUP                                      :   **USA CORP. TO TWENTY**
IMPORT AND EXPORT CORP. LTD.,                                           :   **FIRST THROUGH**
BEIGANG HONG KONG LIMITED, and                                          :   **THIRTY FIFTH SERVED**
BEITAI IRON & STEEL GROUP CO., LTD.,                                    :   **WRIT OF**
                                                                        :   **GARNISHMENT BY**
           Defendants.                                   :   **KLEIMAR, N.V.**
                                                                        :
------------------------------------------------------------------------ x

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the above-captioned matter dated January 9, 2017, and served upon Garnishee MACSTEEL INTERNATIONAL USA CORP. ("MACSTEEL") on or about March 15, 2017 and March 16, 2017, March 17, 2017, March 20, 2017, March 21, 2017, March 22, 2017, March 23, 2017, March 24, 2017, March 27, 2017, March 28, 2017, March 29, 2017, March 30, 2017, March 31, 2017, April 3, 2017 and April 4, 2017, respectively, Garnishee MACSTEEL hereby states that on each such date of service, it was not indebted to the Defendants DALIAN DONGZHAN GROUP CO., LTD., BENXI BEIYING IRON AND STEEL GROUP, IMPORT AND EXPORT CORP. LTD., BEIGANG HONG KONG LIMITED, or BEITAI IRON & STEEL GROUP CO., LTD (collectively, "Defendants"), and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, good, chattels, credits, effects, debts, owed by or owed to the Defendant(s) or monies to be

paid to discharge a debt owed to the Defendant(s), including monies being transferred by, to or for the benefit of the Defendant(s).

Dated: New York, New York
April 5, 2017

                                                 DLA PIPER LLP (US)

                                      By:    */s/ Neal Kronley*
                                                   Kiera S. Gans
                                                   kiera.gans@dlapiper.com
                                                   Neal F. Kronley
                                                   neal.kronley@dlapiper.com
                                                   1251 Avenue of the Americas
                                                   New York, New York 10020
                                                   (212) 335-4500 (phone)
                                                   (212) 335-4501 (fax)

                                       *Attorneys for Garnishee*
                                       *Macsteel International USA Corp.*

## VERIFICATION

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK     )

Margo Rosner Marks, being duly sworn, deposes and says as follows:

I am the Managing Director for Macsteel International USA Corp. ("Macsteel"). I have reviewed the contents of the foregoing ANSWER OF GARNISHEE MACSTEEL INTERNATIONAL USA CORP. TO TWENTY FIRST THROUGH THIRTY FIFTH SERVED WRIT OF GARNISHMENT BY KLEIMAR, N.V. in Docket No. 16 Civ. 09486(AJN) and know the contents thereof and that the same are true to Macsteel's files, and communications with relevant employees of the company.



_____
Margo Rosner Marks

Sworn to before me on
April 5, 2017

_____
Notary Public

## **CERTIFICATE OF SERVICE**

I, Neal Kronley, hereby certify that on the 5 day of April, 2017, I caused the foregoing ANSWER OF GARNISHEE MACSTEEL INTERNATIONAL USA CORP. TO TWENTY FIRST THROUGH THIRTY FIFTH SERVED WRIT OF GARNISHMENT BY KLEIMAR, N.V. to be served by ECF upon:

>Kevin J. Lennon, Esq.
>LENNON, MURPHY & PHILLIPS, LLC
>420 Lexington Avenue, Suite 300
>New York, New York 10170
>(212) 490-6050
>(212) 490-6070
>klennon@lmplaw.net
>*Counsel for Plaintiff*

>>*/s/ Neal Kronley*
>>Neal F. Kronley